

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00002-CV

**Clelia  De La Cruz**

v.

**Jose  Luis Duran**

NO. 2014-09053 IN THE 245TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|-------------|---------|----------|--------|---------|
| RPT RECORD | $42.00 | 02/11/2015 | INDIGENT | STA |
| CLK RECORD | $74.00 | 01/27/2015 | UNKNOWN | ANT |
| FILING | $195.00 | 01/02/2015 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $311.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN  TESTIMONY  WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 11, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**